
FILED

17 SEP -1 PM 3: 32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR2201-CAB |
| Plaintiff, | I N D I C T M E N T |
| v. | **(Superseding)** |
| HUGO SANCHEZ-GONZALEZ (1), JESUS SANCHEZ-LEDESMA (2) AIRA MEZA (3), JUAN GARCIA (4), IGNACIO PEREZ-HORTA (5), JULISSA MACHADO (6), ELVIS SANCHEZ-POMPA (7), | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| Defendants. | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and no later than March 20, 2017, and continuing up to and including August 7, 2017, within the Southern District of California and elsewhere, defendants HUGO SANCHEZ-GONZALEZ, JESUS SANCHEZ-LEDESMA, AIRA MEZA, JUAN GARCIA, IGNACIO PEREZ-HORTA, JULISSA MACHADO, and ELVIS SANCHEZ-POMPA did knowingly and intentionally conspire with each other and with other persons known and unknown to the Grand Jury, to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DPF:nlv:San Diego
8/31/17

FORFEITURE ALLEGATIONS

1. The felony offense contained in Count 1 is re-alleged and by reference is fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense contained in Count 1, said violation being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a), defendants HUGO SANCHEZ-GONZALEZ, JESUS SANCHEZ-LEDESMA, AIRA MEZA, JUAN GARCIA, IGNACIO PEREZ-HORTA, JULISSA MACHADO, and ELVIS SANCHEZ-POMPA upon conviction, shall forfeit to the United States all rights, title and interest in any and all property constituting, and derived from proceeds defendants HUGO SANCHEZ-GONZALEZ, JESUS SANCHEZ-LEDESMA, AIRA MEZA, JUAN GARCIA, IGNACIO PEREZ-HORTA, JULISSA MACHADO, and ELVIS SANCHEZ-POMPA obtained directly or indirectly as the result of the commission of the violation alleged in Count 1 of this indictment, and all property, real and personal, used or intended to be used to commit or to facilitate the commission of the violation.

3. If the forfeitable property, referred to above, as a result of any act or omission of the defendants,

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to or deposited with a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value;

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property. All in violation of Title 21, United States Code, Section 853.

DATED: September 1, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
DAVID P. FINN
Assistant U.S. Attorney

3