CALIFORNIA SOUTHERN DISTRICT

United States of America
Plaintiff V.

Sanchez Gonzalez Hugo Alfonzo
Defendant

# 17CR2201-CAB

FILED
AUG 29 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## Motion For the First Step Act credits, Evidence-Based Recidivism Reduction program and classified as medium and low and minimel.

Now comes the part Sanchez-Gonzalez Hugo Alfonzo #63470-298 and respectfully refers to the district court, in desicion of no violence, elegibility and inecibility.

### I

1. During the month of August the Establishment of FSA has been seen and its time to arreange things as ordered by law and Jugdements by the director of the Bureau of Prisons.

2. The problem that exists ist that the part have been in diferent institutions y at all times the part was mentained as Elegible in the Sentence Computation

3. Now When the sound of Sentence reduction makes alot of noise For prisoners, There's a change in direction at MOC Guaynabo to inegibity, something that takes us by surprise, the time and mischievidisness on the part of the sistem something that the part is elegible based on the programs y courses required, so its incredible that case managers maintain heads down without giving adecuate answers to nonviolent cases and the rights steps shodd be takes,

without missed steps and without maintaining a population inside the world and point Fingers at others.

The part SANCHEZ GONZALEZ HUGO ALFONZO Asks the District court, order the Institution to look seriously at these cases that are sentenced prisoners with states and Countries United States the USA.

Submitted to the court

Sanchez Hugo
# 65470-298
MDC Guaynabo
P.O. Box 2005
Cataño, P.R. 00963



Sanchez Gonzalez Hugo -
Alfonzo #63470-298
MDC Guaynabo 1-C
P.O. Box 2005
Cataño, P.R. 00963

Legal Mail

To
Office of the Clerk
333 West Broadway Suite 420
San Diego, California 92101

7021 1970 0000 3460 2910

CERTIFIED MAIL