UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>HUGO ALFONSO SANCHEZ-<br>GONZALEZ,<br><br>                  Defendant. | Case No.: 17cr2201-CAB<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR FIRST STEP ACT CREDITS [Doc. No. 234]** |

On August 30, 2022, Defendant Hugo Alfonzo Sanchez-Gonzalez filed a Motion for First Step Act Credits. [Doc. No. 234.] While Defendant mentions the First Step Act, it is unclear what remedy defendant seeks and on what basis. Defendant's request that this Court "make Institutions look seriously at these cases" [Doc. No. 234 at 2] is vague and not within the Court's purview. Accordingly, the motion is **DENIED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**.

Dated:  September 1, 2022

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1