Jessica Agatstein
Cal. Bar. No. 319817
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jessie_Agatstein@fd.org

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO SANCHEZ-GONZALEZ,<br><br>Defendant. | Case No.:  17-CR-2201-CAB<br><br>**Status Report re: Application under First Step Act** |

Hugo Sanchez-Gonzalez filed a pro se motion for application of First Step Act credits. Dkt. No. 237. Pursuant to General Order No. 692-B, the Court referred the matter to Federal Defenders of San Diego, Inc. ("FDSDI"), which accepted appointment in this case.

Following Federal Defenders' appointment, Mr. Sanchez-Gonzalez was ultimately declared eligible for First Step Act credit application at his facility. (Mr. Sanchez-Gonzalez is serving his prison sentence at the federal detention center in Puerto Rico, the Guaynabo MDC.)

His pro se motion for application, Dkt. No. 237, is thus moot.

Respectfully submitted,

Dated:  January 3, 2024

*s/ Jessica Agatstein*
Jessica Agatstein
Federal Defenders of San Diego, Inc.