# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **USA v. Hugo Alfonso Sanchez-Gonzalez (1)**        Case Number: **17cr2201-CAB**

Hon. Cathy Ann  Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape: [Reporter Tape]

On April 18, 2023, Defendant Hugo Alfonso Sanchez-Gonzalez, *pro se,* filed a motion for application of FSA credits.  [Doc. No. 237.]

On April 21, 2023, this Court issued a minute order referring Doc. No. 237 to Armilla Staley-Ngomo, of Federal Defenders, Inc., for review and evaluation pursuant to General Order 692-B. [Doc. No. 238.]

On May 16, 2023, Jessica Agatstein of Federal Defenders filed a notice of appearance indicating that she would be co-counsel for defendant. [Doc. No. 240.]

On January 3, 2024, Jessica Agatstein filed a status report indicating that Defendant has been declared eligible for the First Step Act credit application at his facility and, therefore, the *pro se* motion is moot.

Accordingly, Defendant's *pro se* motion for application of FSA credits [Doc. NO. 237] is **DENIED AS MOOT**.

Initials:
AET

 Date:  January 4, 2024